NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

VENECIA DEPAULA,                    )
                                    )
              Appellant,            )
                                    )
v.                                  )        Case No. 2D19-1216
                                    )
STATE OF FLORIDA,                   )
                                    )
              Appellee.             )
_____ )

Opinion filed September 16, 2020.

Appeal from the Circuit Court for
Hillsborough County; Mark D. Kiser, Judge.

Venecia Depaula, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Helene S. Parnes,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


CASANUEVA, SILBERMAN, and LUCAS, JJ., Concur.